1  BIBIYAN LAW GROUP, P.C.
   David D. Bibiyan (Cal. Bar No. 287811)
2  david@tomorrowlaw.com
   Jeffrey D. Klein (Cal. Bar No. 297296)
3  jeff@tomorrowlaw.com
   Matthew Carraher (Cal. Bar No. 346860)
4  matthew@tomorrowlaw.com
   8484 Wilshire Blvd Suite 500
5  Beverly Hills, California 90211-3243
   Tel; (310) 438-5555; Fax: (310) 300-1705
6
   Attorneys for Plaintiff KENNY CASTELLON, and on behalf of himself
7  and all others similarly situated

8
   EVAN R. MOSES, CA Bar No. 198099
9  evan.moses@ogletree.com
   MADELEINE K. LEE, CA Bar No. 258520
10 madeleine.lee@ogletree.com
   OGLETREE, DEAKINS, NASH,
11 SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
12 Los Angeles, CA  90071
   Telephone:  213-239-9800
13 Facsimile:   213-239-9045

14 Attorneys for Defendants
   T-MOBILE USA, INC. and GERMAN ROA
15
   [*Additional Counsel on Next Page*]
16

17           **UNITED STATES DISTRICT COURT**

18           **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| KENNY CASTELLON, an individual and on behalf of all others similarly situated, | Case No. 2:23-cv-05422-GW (JCx) |
| | **JOINT NOTICE OF SETTLEMENT & REQUEST FOR CONTINUANCE** |
| Plaintiff, | |
| v. | State Action Filed:  March 8, 2023<br>Removal Date:      July 6, 2023 |
| T-MOBILE USA, INC., a Delaware corporation; GERMAN ROA, an individual; and DOES 1 through 100, inclusive, | (Los Angeles County Superior Court, Case No.: S-CV-0047279) |
| | Trial Date: None District Judge: Hon. George H. Wu<br>Courtroom 9D, First St. |
| Defendants. | Magistrate Judge: Hon. Jacqueline Chooljian<br>Courtroom 750, Roybal |

1 | ELIZABETH A. FALCONE, CA Bar No. 219084
Elizabeth.Falcone@ogletree.com
2 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3 | The KOIN Center
222 SW Columbia Street, Suite 1500
4 | Portland, OR  97201
Telephone:   503-552-2140
5 | Facsimile:    503-224-4518

6 | Attorneys for Defendants
T-MOBILE USA, INC. and GERMAN ROA

Plaintiff Kenny Castellon ("Plaintiff") and Defendants T-MOBILE USA, Inc. ("T-MOBILE"), and GERMAN ROA ("ROA") (collectively, the "Parties"), pursuant to Local Rule 40-2, hereby provide notice that the Parties have agreed to the monetary terms of a settlement on an individual basis.  In light of this settlement, the Parties ask that the Court continue the hearing currently scheduled for December 7, 2023, for 60 days so that the Parties can negotiate a written settlement agreement and, when the settlement is final, file a joint notice of dismissal with prejudice.

DATED: November 27, 2023        BIBIYAN LAW GROUP, P.C.

                                By:  /s/ David D. Bibiyan
                                     David D. Bibiyan
                                     Jeffrey D. Klein

                                Attorneys for Defendants
                                T-MOBILE USA, INC. and GERMAN ROA

DATED: November 27, 2023        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                By:  /s/ Madeleine K. Lee
                                     Evan R. Moses
                                     Elizabeth A. Falcone
                                     Madeleine K. Lee

                                Attorneys for Defendants
                                T-MOBILE USA, INC. and GERMAN ROA

## SIGNATURE ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 27, 2023        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                By:  /s/ Madeleine K. Lee
                                     Evan R. Moses
                                     Elizabeth A. Falcone
                                     Madeleine K. Lee

                                Attorneys for Defendants
                                T-MOBILE USA, INC. and GERMAN ROA