JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNY CASTELLON, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation; GERMAN ROA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: CV 23-5422-GW-JCx<br><br>[Assigned to the Hon. George H. Wu]<br><br>**ORDER TO DISMISS PLAINTIFF'S CLASS CLAIMS WITHOUT PREJUDICE AND INDIVIDUAL CLAIMS WITH PREJUDICE**<br><br>Complaint Filed:  April 25, 2023<br>Removal:          July 6, 2023<br>Trial Date:       None Set<br><br>*(Los Angeles County Superior Court Case No.: 23STCV09184)* |

[PROPOSED] ORDER

The Court, having reviewed the Joint Stipulation To Dismiss Plaintiff's Class Claims Without Prejudice and Individual Claims With Prejudice, made between Plaintiff KENNY CASTELLON, on behalf of himself and all others similarly situated ("Plaintiff") by and through his attorneys of record, and Defendants T-MOBILE USA, INC., and GERMAN ROA (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their respective counsel, regarding the class action lawsuit filed on April 25, 2023, in the Los Angeles County Superior Court (Case No. 23STCV09184), and good cause appearing therefore:

**IT IS HEREBY ORDERED**:

1. That Plaintiff's class claims against Defendants T-Mobile USA, Inc., and German Roa, are dismissed from this class action case, Case No. 2:23-cv-05422-GW-JC, without prejudice.
2. That Plaintiff's individual claims against Defendants T-Mobile USA, Inc., and German Roa, are dismissed from this class action case, Case No. 2:23-cv-05422-GW-JC, with prejudice.
3. T-Mobile USA, Inc., and German Roa waive and will not seek any and all costs and fees related to their defense of this Class Action.
4. Case No. CV 23-5422-GW-JCx is dismissed.

IT IS SO ORDERED.

Dated: May 28, 2024         BY: _____
                                HON. GEORGE H. WU,
                                United States District Judge